UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Isaiah Scott , <br><br> Plaintiff(s), <br><br> v. <br><br> Cintas Corporation , <br><br> Defendant(s). | Case No. 3:23-cv-05764-LJC <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br>(CIVIL LOCAL RULE 11-3) |

I, **Logan Pardell**, an active member in good standing of the bar of **Florida**, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: **Plaintiff** in the above-entitled action. My local co-counsel in this case is **Edward J. Wynne**, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: **165819**.

| | |
|---|---|
| 433 Plaza Real, Suite 275, Boca Raton, FL 33432 <br> MY ADDRESS OF RECORD | 80 E. Sir Francis Drake Blvd., Ste. 3G Larkspur, CA 94939 <br> LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 561-726-8444 <br> MY TELEPHONE # OF RECORD | (415) 461-6400 <br> LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| lpardell@pkglegal.com <br> MY EMAIL ADDRESS OF RECORD | ewynne@wynnelawfirm.com <br> LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: **0118843**.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court **1** times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 11/8/2023

Logan Pardell
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Logan Pardell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 13, 2023

_____
UNITED STATES MAGISTRATE JUDGE



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle  
Executive Director

850/561-5600  
www.FLORIDABAR.org

State of Florida   )

County of Leon    )          In Re:  0118843  
Logan A. Pardell  
Pardell, Kruzyk & Giribaldo, PLLC  
Miener Corp Center 433 Plaza Real Ste 275  
Boca Raton, FL 33432-3999

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 24, 2015**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  25th  day of **May, 2023**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO  
Administration Division  
The Florida Bar

PG:R10  
CTM-230129