1  **DUANE MORRIS LLP**
   Nathan K. Norimoto (SBN 334835)
2  nnorimoto@duanemorris.com
   Spear Tower
3  One Market Place, Suite 2200
   San Francisco, California  94105-1127
4  Telephone:     (415) 957-3000
   Facsimile:     (415) 957-3001
5
   **DUANE MORRIS LLP**
6  Nick Baltaxe (SBN 329751)
   nbaltaxe@duanemorris.com
7  865 South Figueroa Street, Suite 3100
   Los Angeles, CA  90017-5450
8  Telephone: +1 213 689 7400
   Fax: +1 213 689 7401
9
   Attorneys for Defendant
10 CINTAS CORPORATION

11 (additional counsel on following page)

12
                   **UNITED STATES DISTRICT COURT**
13
                   **NORTHERN DISTRICT OF CALIFORNIA**
14

15

16 | ISAIAH SCOTT, on behalf of himself and all others similarly situated, | Case No. 3:23-cv-05764-LJC |
|---|---|
| Plaintiffs, | **JOINT STIPULATION AND ORDER ALLOWING FILING OF SECOND AMENDED COMPLAINT AND CONTINUING DEFENDANT'S RESPONSIVE PLEADING DEADLINE PURSUANT TO CIVIL LOCAL RULES 6-2 AND 7-12** |
| v. | |
| CINTAS CORPORATION and DOES 1 through 10, | FAC Filed: December 21, 2023 |
| Defendants. | Trial Date: None Set |

1

| | |
|---|---|
| 1 | **DUANE MORRIS LLP** |
| | Gerald L. Maatman (IL 6181016) (*pro hac vice* forthcoming) |
| 2 | gmaatman@duanemorris.com |
| | Jennifer A. Riley (IL 6272366) (*pro hac vice* forthcoming) |
| 3 | jariley@duanemorris.com |
| | 190 S. LaSalle Street, Suite 3700 |
| 4 | Chicago, Illinois 60603 |
| | Telephone:     (312) 499-6700 |
| 5 | Facsimile:      (312) 499-6701 |
| 6 | Attorneys for Defendant |
| | CINTAS CORPORATION |

JOINT STIPULATION ALLOWING FILING OF SECOND AMENDED COMPLAINT AND CONTINUING DEFENDANT'S RESPONSIVE PLEADING DEADLINE

1  Plaintiff ISAIAH SCOTT ("Plaintiff") and Defendant CINTAS CORPORATION ("Defendant"),
2  through their attorneys of record, have met and conferred, and agree and stipulate as follows:
3  WHEREAS, Plaintiff filed a Complaint in the above-captioned action on November 8, 2023
4  (ECF No. 1.)
5  WHEREAS, Defendant's counsel accepted service of that Complaint and the parties agreed that
6  Defendant's responsive pleading deadline would be January 12, 2024;
7  WHEREAS, Plaintiff filed a First Amended Complaint on December 21, 2023, adding a cause of
8  action for Violations of the Private Attorneys' General Act ("PAGA") (ECF No. 10.)
9  WHEREAS, on January 11, 2024, Defendant's counsel and Plaintiff's counsel met and conferred
10 on the viability of the PAGA claim, with Defendant's counsel providing supportive case law regarding
11 whether Plaintiff's PAGA claim would be barred by the statute of limitations;
12 WHEREAS, rather than brief this issue, Plaintiff has agreed to file a Second Amended
13 Complaint, withdrawing the claim for Violations of PAGA;
14 WHEREAS, Plaintiff has agreed to file the Second Amended Complaint by **Tuesday, January**
15 **16, 2024** for the sole purpose of withdrawing the cause of action for Violations of PAGA;
16 WHEREAS, the Parties have agreed that Defendant's current responsive pleading deadline of
17 Friday, January 12, 2024 is extended to **Tuesday, January 23, 2024** to allow them to review and
18 respond to the Second Amended Complaint;
19 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their
20 respective counsel, that:
21 1. Plaintiff will file a Second Amended Complaint for the sole purpose of withdrawing his
22 cause of action for Violation of the Private Attorneys' General Act by Tuesday, January 16, 2024;
23 2. Defendant's responsive pleading deadline is continued from Friday, January 12, 2024 to
24 Tuesday, January 23, 2024.
25
26
27
28

| | | |
|---|---|---|
| 1 | **Dated: January 12, 2024** | **DUANE MORRIS LLP** |
| 2 | | |
| 3 | | By:/s/ Nick Baltaxe |
| | | Gerald L. Maatman (*pro hac vice* forthcoming) |
| 4 | | Jennifer A. Riley (*pro hac vice* forthcoming) |
| | | Nick Baltaxe |
| 5 | | Nathan K. Norimoto |
| | | Attorneys for Defendant |
| 6 | | CINTAS CORPORATION |
| 7 | | |
| 8 | **Dated: January 12, 2024** | **PARDELL, KRUZYK, & GIRIBALDO, PLLC** |
| | | **WYNNE LAW FIRM** |
| 9 | | |
| 10 | | By:/s/ Edward Wynne |
| | | Logan A. Padrell (*pro hac vice* admitted) |
| 11 | | Edward J. Wynne |
| | | Attorneys for Plaintiff ISAIAH SCOTT |

JOINT STIPULATION ALLOWING FILING OF SECOND AMENDED COMPLAINT AND CONTINUING DEFENDANT'S RESPONSIVE PLEADING DEADLINE

**ORDER**

Pursuant to the Parties' Stipulation, and good causing appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff will file a Second Amended Complaint for the sole purpose of withdrawing his cause of action for Violations of the Private Attorneys' General Act by January 16, 2024.

2. Defendant's responsive pleading deadline is continued from Friday, January 12, 2024 to Tuesday, January 23, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: January 12, 2024

_____
LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE