**DUANE MORRIS LLP**
Nathan K. Norimoto (SBN 334835)
nnorimoto@duanemorris.com
Spear Tower
One Market Place, Suite 2200
San Francisco, California  94105-1127
Telephone:     (415) 957-3000
Facsimile:      (415) 957-3001

**DUANE MORRIS LLP**
Nick Baltaxe (SBN 329751)
nbaltaxe@duanemorris.com
865 South Figueroa Street, Suite 3100
Los Angeles, CA  90017-5450
Telephone: +1 213 689 7400
Fax: +1 213 689 7401

**DUANE MORRIS LLP**
Gerald L. Maatman (IL 6181016) (*pro hac vice* filed)
gmaatman@duanemorris.com
Jennifer A. Riley (IL 6272366) (*pro hac vice* filed)
jariley@duanemorris.com
190 S. LaSalle Street, Suite 3700
Chicago, Illinois 60603
Telephone:     (312) 499-6700
Facsimile:      (312) 499-6701

Attorneys for Defendant CINTAS CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ISAIAH SCOTT, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CINTAS CORPORATION and DOES 1 through 10,<br><br>Defendants. | Case No. 3:23-cv-05764-LJC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONTINUING RESPONSIVE PLEADING DEADLINE**<br><br>TAC Filed: April 26, 2024<br>Trial Date: None Set |

Plaintiff ISAIAH SCOTT ("Plaintiff") and Defendant CINTAS CORPORATION ("Defendant") (collectively, the "Parties"), through their attorneys of record, have met and conferred, and agree and stipulate as follows:

WHEREAS, Plaintiff filed a Complaint in the above-captioned action on November 8, 2023 (ECF No. 1);

WHEREAS, Plaintiff filed a First Amended Complaint on December 21, 2023 (ECF No. 10);

WHEREAS, on January 12, 2024, the Court entered an Order granting the Parties' stipulation to permit Plaintiff to file a second amended complaint on or before January 16, 2024, and for Defendant to file a motion to dismiss on or before January 23, 2024 (ECF No. 17);

WHEREAS, Plaintiff filed a Second Amended Complaint on January 16, 2024, withdrawing the cause of action for Violations of PAGA (ECF No. 18);

WHEREAS, Defendant filed a Motion to Dismiss the Second Amended Complaint, which was granted with leave to amend on April 2, 2024 (ECF No. 32);

WHEREAS, Plaintiff filed a Third Amended Complaint on April 26, 2024 (ECF No. 34);

WHEREAS, on May 10, 2024, Defendant filed a Motion to Dismiss the Third Amended Complaint (ECF No. 35);

WHEREAS, on July 3, 2024, this Court provided its Order on the Motion to Dismiss the Third Amended Complaint (ECF No. 40);

WHEREAS, Defendant's deadline to file a responsive pleading after this Court's order on the Motion to Dismiss would be July 17, 2024;

WHEREAS, the Parties have agreed to a continuance of Defendant's deadline to file a responsive pleading to Plaintiff's Third Amended Complaint to July 31, 2024.

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel, that:

1. Defendant's deadline to file their responsive pleading to Plaintiff's Third Amended Complaint will be July 31, 2024.

1  Dated: July 17, 2024                        **DUANE MORRIS LLP**

3                                  By:*/s/ Nick Baltaxe*
                                        Gerald L. Maatman
4                                       Jennifer A. Riley
                                        Nick Baltaxe
5                                       Nathan K. Norimoto
                                        Attorneys for Defendant
                                        CINTAS CORPORATION

8  Dated: July 17, 2024                        **PARDELL, KRUZYK, & GIRIBALDO, PLLC**
                                               **WYNNE LAW FIRM**

10                                 By:*/s/ Logan A. Pardell*
                                        Logan A. Pardell (*pro hac vice* admitted)
11                                      Edward J. Wynne
                                        Attorneys for Plaintiff ISAIAH SCOTT

# [PROPOSED] ORDER

Pursuant to the Parties' Stipulation, and good causing appearing, IT IS HEREBY ORDERED THAT:

1. Defendant's deadline to file their responsive pleading to Plaintiff's Third Amended Complaint will be July 31, 2024.

PURSUANT TO STIPULATION, IT IS SO ORDERED

Dated: _____      _____
JACQUELINE SCOTT CORLEY
UNITED STATES DISTRICT JUDGE